**08 CV 7059**

LAW OFFICES OF FRANCIS J. DOOLEY
350 Main Street
West Orange, New Jersey
(973) 731-8400
Attorney for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

..................................................................

REINA MENDEZ,

        Plaintiff,

vs.

WATERMAN STEAMSHIP CORPORATION,
INTERNATIONAL SHIPHOLDING CORPORATION,
M/V PONL VERA CRUZ, CAPTAIN MICHAEL
MARA and JAMES KINGSLEY,

        Defendants.

..................................................................

CASE NUMBER:

RULE 7.1 STATEMENT



RECEIVED AUG 0 7 2008 U.S.D.C. S.D.N.Y. CASHIERS

PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE RULE 7.1 (FORMERLY LOCAL GENERAL RULE 1.9) AND TO ENABLE DISTRICT JUDGES AND MAGISTRATE JUDGES OF THE COURT TO EVALUATE POSSIBLE DISQUALIFICATION OR RECUSAL, THE UNDERSIGNED COUNSEL FOR PLAINTIFFS (A PRIVATE NON-GOVERNMENTAL PARTY) CERTIFIES THAT THE FOLLOWING ARE CORPORATE PARENTS, AFFILIATES AND/OR SUBSIDIARIES OF SAID PARTY, WHICH ARE PUBLICLY HELD:

NONE

                                LAW OFFICES OF FRANCIS J. DOOLEY

                                _____
                                FRANCIS J. DOOLEY, ESQ. (FD-8528)
                                350 MAIN STREET
                                WEST ORANGE, NEW JERSEY 07052
                                (973) 731-8400

Dated: 7 August, 08