UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------X
Reina Mendez                              :            08 CIV 7059 (JFK)
  -v-                                     :
Waterman                                  :
 Steamship                                :
------------------------------------------------X

Please be advised that the conference scheduled for  July 29, 2009
has been rescheduled to  August 28, 2009  at  9:30 a.m.  in
Courtroom 20-C.

SO ORDERED.

                                        _____
                                        JOHN F. KEENAN
Dated: New York, New York               United States District Judge

July 27, 2009

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-27-09